# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSEPH L. McDONNELL,**

       **Plaintiff,**

  v.                                  **Case No.: 2:13-cv-1228**
                                          **JUDGE GEORGE C. SMITH**
                                          **Magistrate Judge Kemp**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on February 7, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The Complaint is hereby stricken as unsigned and the case is dismissed without prejudice.

The Clerk shall remove Document 5 from the Court's pending motions list.

       **IT IS SO ORDERED.**

                                               */s/ George C. Smith*
                                               **GEORGE C. SMITH, JUDGE**
                                               **UNITED STATES DISTRICT COURT**